IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UMAR S. MUHAMMAD, also known as Jimmy Green, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:07-0002 Judge Trauger |
| GEORGE LITTLE, Commissioner, *et al.* | ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

**O R D E R**

On March 10, 2008, the Magistrate Judge issued a Report and Recommendation concerning the plaintiff's request for a temporary restraining order. (Docket No. 106) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Temporary Restraining Order (Docket No. 98) is **DENIED WITHOUT PREJUDICE** to its being re-filed in the Western District of Tennessee.

It is so **ORDERED.**

Enter this 4th day of April 2008.

_____
ALETA A. TRAUGER
U.S. District Judge